UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN HERNANDEZ,

                Plaintiff,

-v-

2400 AMSTERDAM AVE. REALTY CORP.,
2400 AMSTERDAM AVENUE REALTY CORP.,
RICK ELEZI MANAGEMENT, INC., ATANACIO
CORTEZ, RICARDO CORTEZ, and ALANA
STRIDIRON,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 3094 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement. (ECF No. 47). All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Magistrate Judge Cave and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave. Accordingly, the Court orders as follows:

1. By **Tuesday, March 21, 2023**, Defendants shall file their response to Plaintiff's motion to compel at ECF No. 46.

2. A telephonic discovery conference is scheduled for **Thursday, March 23, 2023, at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-

1828; access code: 380-9799, at the scheduled time.  At the conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c).

Dated:	New York, New York
	March 20, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2