UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN HERNANDEZ,

                Plaintiff,

-v-

2400 AMSTERDAM AVE. REALTY CORP.,
2400 AMSTERDAM AVENUE REALTY CORP.,
RICK ELEZI MANAGEMENT, INC., ATANACIO
CORTEZ, RICARDO CORTEZ, and ALANA
STRIDIRON,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 3094 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' letters (ECF Nos. 46; 50), and orders as follows:

1. The telephonic discovery conference scheduled for Thursday, March 23, 2023, at 11:00 a.m. is ADJOURNED to **Tuesday, March 28, 2023 at 10:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

2. The Clerk of Court is respectfully directed to close ECF No. 46.

Dated:     New York, New York
             March 22, 2023

SO ORDERED.

_Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**