UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN HERNANDEZ,<br><br>                          Plaintiff,<br><br>-v-<br><br>2400 AMSTERDAM AVE. REALTY CORP., 2400 AMSTERDAM AVENUE REALTY CORP., RICK ELEZI MANAGEMENT, INC., ATANACIO CORTEZ, RICARDO CORTEZ, and ALANA STRIDIRON,<br><br>                          Defendants. | CIVIL ACTION NO. 22 Civ. 3094 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The parties in this wage-and-hour case under the Fair Labor Standards Act have consented to my jurisdiction under 28 U.S.C. 636(c) and Fed. R. Civ. P. 73 for all purposes. (ECF No. 72). All terms of the Honorable Analisa Torres' May 30, 2024 Order (ECF No. 70 (the "May 30 Order")) REMAIN IN EFFECT. By **July 1, 2024**, the parties shall file their letter-motion for approval of their settlement agreement, addressing each item set forth in the May 30 Order. (See id. at 1–2).

Dated:    New York, New York
               June 18, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**