

# Seo Law Group, PLLC

136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

Robert Jun
Tel: (718) 500-3342
robert@seolawgroup.com

> The parties' request at ECF No. 74 is GRANTED. By **July 8, 2024**, the parties shall file their letter-motion for approval of their settlement agreement, addressing each item set forth in the May 30, 2024 Order. (ECF No. 70 at 1–2).
>
> The Clerk of Court is respectfully directed to close ECF No. 74.
>
> SO ORDERED       6/27/2024
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**
Hon. Judge Sarah L. Cave
United States District Court
Southern District of New York

Re:     <u>Hernandez v. 2400 Amsterdam Ave. Realty Corp., et al.</u>
         Case No. 1:22-cv-03094

Dear Judge Cave:

    This office represents Defendants in the above-referenced matter. The parties have finalized the settlement agreement, and are now in the process of obtaining the necessary signatures. The current deadline to file the settlement agreement with the Cheeks motion is July 1, 2024. Given that the holidays are approaching, the parties respectfully request that this Court extend the deadline to July 8, 2024.

    We thank the Court for its time and attention to this matter.

Respectfully Submitted,

Seo Law Group, PLLC

By:  /s/ *Robert Jun*
Robert Jun
*Attorneys for Defendants*

cc: All counsel of record (via ECF)